IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 07 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-3036 SMD |
| vs. | ) Count 1: 8 U.S.C. §§ 1326(a) and (b): Re-entry of a Removed Alien |
| **GALILEO GARCIA-SILVA,** | ) Count 2: 50 U.S.C. § 797: Penalty for Violation of Security Regulations |
| Defendant. | ) |
| | ) Count 3: 18 U.S.C. § 1382: Entering Military Property |

**INFORMATION**

The United States Attorney charges:

On or about June 4, 2025, the defendant, **GALILEO GARCIA-SILVA**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Hidalgo County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about May 21, 2025, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

Count 2

On or about June 4, 2025 in Hidalgo County, in the District of New Mexico, the defendant, **GALILEO GARCIA-SILVA**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the U.S. Army

Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

### Count 3

On or about June 4, 2025, in Hidalgo County, in the District of New Mexico, the defendant, **GALILEO GARCIA-SILVA**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1326, reentry after deportation.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
United States Attorney

JACKSON K. DERING V
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304